UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C18-1845-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CHARLES PILLON, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's unopposed motion to cancel the status conference (Dkt. No. 12). The motion is GRANTED. The Clerk is DIRECTED to vacate the status conference, currently set for April 16, 2019.

DATED this 9th day of April 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk